IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHELSEA PENCE**                                                  **PLAINTIFF**

VS.                  CASE NO. 4:12CV00211 JMM

**VISION'S INDIVIDUALLY AND
D/B/A VISIONS CABARET, ET AL.**                          **DEFENDANTS**

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff's Motion to Dismiss With Prejudice against Defendants is granted (#2). Plaintiff's complaint against Defendants is dismissed with prejudice. Each party will bear their own fees and costs.

IT IS SO ORDERED THIS   1   day of May   , 2012

_James M. Moody_
James M. Moody
United States District Court