# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHELSEA PENCE**                                                                                    **PLAINTIFF**

VS.                          CASE NO. 4:12CV00211 JMM

**VISION'S INDIVIDUALLY AND**
**D/B/A VISIONS CABARET, ET AL.**                                                **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff's Motion to Dismiss With Prejudice against Defendants is granted (#2). Plaintiff's complaint against Defendants is dismissed with prejudice. Each party will bear their own fees and costs.

IT IS SO ORDERED THIS  1  day of May  , 2012

_____
James M. Moody
United States District Court